JOSEPH SALAMA, State Bar No. 212225
LAW OFFICES OF JOSEPH SALAMA
165 N. Redwood Drive, Suite 285
San Rafael, CA 94903
Telephone: (415) 948-9030
Facsimile: (415) 479-1340
joseph@salama.com

Attorneys for Plaintiff
MICHAEL HAAS; BRIAN IRONSIDE; BRADLEY JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| MICHAEL HAAS; BRIAN IRONSIDE; BRADLEY JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>JERED KENNA; RYAN SINGER; DOES 1-50, inclusive;<br><br>Defendants | Case No. 4:18-CV-03978-HSG<br>Lead case: 4:18-CV-03977-HSG<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>[FRCP 15(a)(2)] |

WHEREAS, counsel in this matter have thus far been meeting and conferring in good faith with respect to the case generally, the removal from state court, and the timing of the filing of the responsive pleadings (motions to dismiss), consistent with the Guidelines for Professional Conduct 3 and 4, published on this Honorable Court's website;

///

///

///

///

WHEREAS counsel have met and conferred and, to save time and judicial resources, have stipulated to permit plaintiff to file a First Amended Complaint;

WHEREAS defendant Jered Kenna retains the right to challenge the First Amended Complaint, or any portion thereof, including but not limited to filing a motion to dismiss under Federal Rule of Civil Procedure 12(b).

Respectfully Submitted,
Law Offices of Joseph Salama

August 30, 2018

____/s/_____
JOSEPH SALAMA
Attorneys for Plaintiffs

Respectfully Submitted,
RILEY SAFER HOLMES & CANCILA LLP

August 30, 2018

____/s/_____
YAKOV P. WIEGMANN
Attorneys for Defendant Jared Kenna

ORDER

Based on the parties' above stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the plaintiff shall file a First Amended Complaint in this matter on or before September 4, 2018.

IT IS SO ORDERED.

Dated: 9/4/2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge